ANNE MILGRAM
Attorney General of New Jersey
R.J. Hughes Justice Complex
P.O. BOX 112
Trenton, New Jersey  08625-0112
Potential Attorney for Defendants Trooper J. Bambara, Trooper T. Taylor, Trooper J. Serrecchia, Trooper J. Passarella, Troooper D. O'Keefe and Trooper M. Hubner
By:   Thomas E. Kemble
      Deputy Attorney General
      (609) 292-8550
      TK9079
      thomas.kemble@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DANIELLE STEWART, | ) | HON. PETER G. SHERIDAN, U.S.D.J. |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-5379 (PGS-ES) |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TROOPER J. BAMBARA, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter having come before the Court on a motion of Anne Milgram, Attorney General of New Jersey, by Thomas E. Kemble, Deputy Attorney General, appearing on behalf of defendants, Trooper J. Bambara, Trooper T. Taylor, Trooper J. Serrecchia, Trooper J. Passarella, Trooper D. O'Keefe and Trooper M. Hubner, pursuant to FED.R.CIV.P. 6(b)(2) and the Court having considered the papers submitted herein, this matter being decided under FED.R.CIV.P. 78 and for good cause shown;

IT IS on this __13__ day of _January_, 2009;

ORDERED that defendants, Trooper J. Bambara, Trooper T. Taylor, Trooper J. Serrecchia, Trooper J. Passarella, Trooper D.

O'Keefe and Trooper M. Hubner, are hereby granted an extension in time to answer, move or otherwise reply 20 days from the date of this order.

Ordered that default having been entered by Clerk be vacated.

_____
HON. ~~ESTHER SALAS, U.S.M.J.~~