

| | **State of New Jersey** | |
|---|---|---|
| Jon S. Corzine<br>*Governor* | Office of the Attorney General<br>Department of Law and Public Safety<br>Division of Law<br>25 Market Street<br>PO Box 112<br>Trenton, NJ 08625-0112 | Anne Milgram<br>*Attorney General*<br><br>Taysen Van Itallie<br>*Director* |

August 14, 2009

Hon. Esther Salas, U.S.M.J.
United States Magistrate Judge
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street
P.O. Box 999
Newark, New Jersey 07101

      Re:    Request for 30-Day Extension of Pretrial Order End Dates

          <u>Danielle Stewart v. Trooper J. Bambara, et al.</u>
          Civil Action No. 08-5379 (PGS-ES)

Dear Judge Salas:

      I represent the State Police defendants named in the above captioned case. Pursuant to the Court's March 23, 2009, Pretrial Discovery Order, depositions in this matter are to be completed by September 22, 2009.

      The parties have been engaged in on-going discovery and are in the process of establishing a schedule for at least eight depositions in this litigation.

      I presently have two civil trials scheduled in New Jersey Superior Court in Mercer County in the cases of <u>Bright v. Owens, et al.</u>, MER-L-2234-06 and <u>Crystal v. State Police, et al.</u>, MER-L-1107-07, on September 14, 2009, each involving multiple defendants and one of which the court assures me will proceed.

      Because of these trial preparation commitments, I contacted plaintiff's counsel, Dennis T. Kearney, Esq., and obtained his consent to request the Court to grant a 30-day extension of the fact discovery end dates to allow additional time to complete depositions and remaining discovery.



August 14, 2009
Page 2

This request would involve changing the present discovery deadlines in the March 23, 2009, order as follows:

1. **Fact Discovery Deadline**. Fact discovery is to remain open through **October 22, 2009**. All fact witness depositions to be completed by the close of fact discovery.

2. **All Discovery Deadline**. All discovery would remain open until **January 31, 2010**.

3. **Affirmative Expert Reports**. All affirmative expert reports shall be delivered by **November 22, 2009**.

4. **Responding Expert Reports**. All responding expert reports shall be delivered by **December 27, 2009**.

Additionally, both parties agree that if the Court grants this extension request it would be more productive to reschedule the settlement conference now set for September 23, 2009, to a date after the October 22, 2009, fact discovery deadline that has been requested.

Thank you in advance for your consideration in this matter.

Respectfully submitted,

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY

By: _____
Thomas E. Kemble
Deputy Attorney General

file
c: Dennis T. Kearney, Esq.

So Ordered

8/27/09