Case 2:08-cv-05379-PGS-ES   Document 49   Filed 12/22/09   Page 1 of 2
12/21/2009  23:55   6093936971           PATRICK J WHALEN              PAGE   03/04
Case 2:08-cv-05379-PGS-ES   Document 47   Filed 12/22/09   Page 1 of 2

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
Attorney for State Defendants
 Trooper J. Bambara, Trooper T. Taylor, Trooper J. Serrecchia,
 Trooper J. Passarella, Trooper O'Keeffe and Trooper M. Hubner,
 Sergeant Peter Visconti

By: Thomas E. Kemble
    Deputy Attorney General
    (609) 292-8550

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| DANIELLE STEWART, | HON. PETER G. SHERIDAN, U.S.D.J. |
| Plaintiff, | CIVIL ACTION NO. 08-5379 (PGS) |
| v. | |
| TROOPER J. BAMBARA, Badge No. 6622, an individual; TROOPER T. TAYLOR, Badge No. 6763, an individual; TROOPER J. SERRECCHIA, Badge No. 6969, an individual; TROOPER J. PASSARELLA, Badge no. 6870, an individual; TROOPER D. O'KEEFFE, Badge No. 6236, an individual; TROOPER M. HUBNER, Badge No. 6913, an individual; WANTAGE TOWNSHIP; and JOHN DOES 1-10, | STIPULATION OF DISMISSAL |
| Defendants. | |

1

Case 2:08-cv-05379-PGS-ES   Document 49   Filed 12/22/09   Page 2 of 2
12/21/2009  23:55   6093936971        PATRICK J WHALEN              PAGE  04/04
Case 2:08-cv-05379-PGS-ES   Document 47   Filed 12/22/09   Page 2 of 2

It is hereby stipulated and agreed that all claims filed by Plaintiff Danielle Stewart against State Defendants Trooper J. Bambara, Trooper T. Taylor, Trooper J. Serrecchia, Trooper J. Passarella, Trooper O'Keeffe, Trooper M. Hubner and Sergeant Peter Visconti in this matter are hereby voluntarily dismissed with prejudice and without costs against any party on this 17th day of December, 2009.

_____
Patrick J. Whalen, Esq.
Attorney for Plaintiff

Dated: 12/22/09

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY

_____
Thomas E. Kemble
Deputy Attorney General
Attorney for State Defendants

SO ORDERED: _____
DATED: 12/22/09